UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Rebecca A. Leonard</u>,
     Claimant

     v.                                    Civil No. 08-cv-278-SM

<u>Michael J. Astrue, Commissioner,</u>
<u>Social Security Administration</u>,
     Defendant

**<u>O R D E R</u>**

On August 31, 2009, the Magistrate Judge issued a Report and Recommendation, recommending that the court deny claimant's Motion for Order Reversing the Decision of the Commissioner and grant defendant's Motion for Order Affirming the Decision of the Commissioner.  Claimant has not objected.

After having reviewed the Report and Recommendation, as well as the Administrative Law Judge's decision, the administrative record, and the parties' legal memoranda, the court hereby approves the Report and Recommendation for the reasons set forth therein.  Accordingly, claimant's motion (document no. 8) is denied and defendant's motion (document no. 10) is granted.

The Clerk of Court shall enter judgment in accordance with this order and close the case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

September 24, 2009

cc: D. Lance Tillinghast, Esq.
    Robert J. Rabuck, Esq.